IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



FILED
MAY 2 6 2026
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, N.C.
By

UNITED STATES OF AMERICA      :

     :

        v.             :        1:26CR_116_-1

     :

ERIC CLARENCE STATON      :

The Grand Jury charges:

## COUNT ONE

1. At all times material to this Indictment, Jersey Mike's Subs, located at 2291 Cloverdale Avenue, Winston-Salem, NC 27103, was engaged in the fast-food restaurant business, an industry which affects interstate and foreign commerce.

2. On or about December 8, 2025, in the County of Forsyth, in the Middle District of North Carolina, ERIC CLARENCE STATON did unlawfully obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that ERIC CLARENCE STATON did knowingly and unlawfully take and obtain property, consisting of United States currency, belonging to Jersey Mike's Subs, located at 2291 Cloverdale Avenue, Winston-Salem, NC 27103 from the possession of an employee of the said business

against his will by means of actual and threatened force, violence, and fear of injury, to his person; in violation of Title 18, United States Code, Section 1951(a).

## COUNT TWO

On or about December 8, 2025, in the County of Forsyth, in the Middle District of North Carolina, ERIC CLARENCE STATON, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, interference with commerce by robbery, as more fully referenced in Count One of this Indictment, did knowingly carry and use, by brandishing, a firearm; in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT THREE

On or about December 8, 2025, in the County of Forsyth, in the Middle District of North Carolina, ERIC CLARENCE STATON knowingly did possess in and affecting commerce a firearm, that is, a Glock .40 caliber handgun, having been convicted of a crime punishable by imprisonment for a term

2

exceeding one year, and with knowledge of that conviction; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

DATED: May 26, 2026

DAN BISHOP
United States Attorney

BY: RANDALL S. GALYON
Assistant United States Attorney

A TRUE BILL:

FOREPERSON

3